IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELIJAH JACKSON, JR,

    Plaintiff,

v.                                                CASE NO. 5:16-cv-00021-MP-GRJ

JULIE JONES, SECRETARY,
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 26, 2016. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 9.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Magistrate Judge notes that Plaintiff has "run afoul of 28 U.S.C. §1915(g) three strikes rule." (Doc. 3 at 2). As such, he is barred from proceeding as a pauper in a civil action unless he is under imminent danger of serious physical injury. To qualify, a plaintiff must demonstrate specific allegations of ongoing serious injury. Plaintiff failed to do so, and thus, the case should be dismissed without prejudice.

Plaintiff previously filed an emergency motion for preliminary injunction on Doc. 4 on February 3, 2016. However, the motion was dismissed on Doc. 5 as there were no specific allegations that suggested the motion was warranted. On February 9, 2016, Plaintiff filed a

Case 5:16-cv-00021-MP-GRJ   Document 10   Filed 02/12/16   Page 2 of 2

Page 2 of 2

motion for extension of time to file objections, requesting until February 22, 2016 to file his objections. (Doc. 8). Curiously, he also filed his objections on February 9, 2016. (Doc. 9). As the objections were filed contemporaneously with the request for an extension, and as both documents were timely filed, the extension denied as moot.

Plaintiff's objections, Doc. 9, are flawed for a variety of reasons. Primarily, the objections fail to specifically object to anything in the Report and Recommendation itself. Comprised of what appears to be a hodgepodge of arguments, the Court cannot find a single reference to the Magistrate Judge's Report, nor are there any arguments which are persuasive with respect to the Magistrate Judge's recommendation.

Finally, as a housekeeping matter, on February 8, 2016, Plaintiff submitted a motion for leave to proceed in forma pauperis. (Doc. 7). Because the case warrants dismissal, Plaintiff's motion is denied as moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 3, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to the 28 U.S.C. § 1915(g) three-strikes bar.

3. Plaintiff's Motion for Leave to Proceed In Forma Pauperis, Doc. 7, is DENIED AS MOOT.

4. Plaintiff's Motion for Extension of Time to File Objections, Doc. 8, is DENIED AS MOOT.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this  _12th_  day of February, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 5:16-cv-00021-MP-GRJ*